## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

MAURICE WIESENDANGER,                )
                                     )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )          Case No. CIV-13-0761-F
                                     )
IDA K. MITCHELL and FORWARD          )
AIR, INC.,                           )
                                     )
          Defendants,                )

## ORDER

Although a First Amended Complaint has been filed, this version of the complaint still fails to provide all necessary information regarding the corporate defendant. The First Amended Complaint adds the allegation that Forward Air, Inc. is registered with the Tennessee Secretary of State. A corporation, however, may be registered to do business in many states;  registration is not the same thing as being legally incorporated in a state.  Plaintiff is **DIRECTED** to file, within seven days of the date of this order, a Second Amended Complaint which, in addition to the other jurisdiction information, identifies Forward Air, Inc.'s specific state of incorporation. Absent compliance, this action may be dismissed without prejudice, or other measures may be ordered.

Dated this 29th day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0761p002.wpd